UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KINGVISION PAY-PER-VIEW, LTD., <br><br> Plaintiff, <br><br> vs. <br><br> PATPEL CORPORATION, a California corporation dba El Tio Papas & Beer; JOSE L. PATINO, individually and dba El Tio Papas & Beer; and Does 1-10, <br><br> Defendants. | CASE NO. CV 00-6958-RMT (SHx) <br><br> RENEWAL OF DEFAULT JUDGMENT |

Based upon the application for renewal of the judgment of the original judgment, and pursuant to F.R.C.P. 69(a) and C.C.P. §§ 683.110 through 683.320, and for good cause appearing, therefore,

The judgment to and against Defendants PATPEL CORPORATION, a California corporation dba El Tio Papas & Beer and JOSE L. PATINO, individually and dba El Tio Papas & Beer, jointly and severally, the Default Judgment entered on 5/24/01 [copy attached] is hereby renewed in the amounts as set forth below:

Renewal of money judgment

    a. Total judgment                                               $6,800.00
    b. Costs after judgment                                    $ -0-
    c. Attorneys fees:                                               $ -0-
    d. Subtotal (*add a and b*)                                 $6,800.00

|   |   |   |
|---|---|---|
| e. | Credits after judgment | $ -0- |
| f. | Subtotal *(subtract d from c)* | $6,800.00 |
| g. | Interest after judgment | $1,700.00 |
| h. | Fee for filing renewal application | $ -0- |
| i. | **Total renewed judgment** *(add e, 5, and g)* | $8,500.00 |

DATED: January 20, 2011        CLERK, by  Lori Muraoka ,
                               Deputy

RENEWAL OF DEFAULT JUDGMENT - CASE NO. CV 00-6958-RMT (SHx)